**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **George** <br> First name <br><br> **Louis** <br> Middle name <br><br> **Schweers** <br> Last name and Suffix (Sr., Jr., II, III) | **Carroll** <br> First name <br><br> **Cox** <br> Middle name <br><br> **Schweers** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Louis George Schweers** <br> **G. Louis Schweers** <br> **Louie Schweers** <br> **George L. Schweers** | **Carroll C. Schweers** <br> **Carroll Schweers** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2403 | xxx-xx-8324 |

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**                                                Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.  **DBA  Jayspen Properties**  **DBA  Louis Schweers, PE**  Business name(s)  _____  EINs | ■ I have not used any business name or EINs.  _____  Business name(s)  _____  EINs |
| **5. Where you live** | **908 Cavalry Circle**  **Mount Pleasant, SC 29464**  Number, Street, City, State & ZIP Code  **Charleston**  County  **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**  _____  Number, Street, City, State & ZIP Code  _____  County  **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**                                                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____
Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**                                                            Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.
What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**                                                                             Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.
■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ George Louis Schweers**                                    **/s/ Carroll Cox Schweers**
**George Louis Schweers**                                        **Carroll Cox Schweers**
Signature of Debtor 1                                            Signature of Debtor 2

Executed on    **August  7, 2018**               Executed on    **August  7, 2018**
               MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**                                                        Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Russell A. DeMott**                                           Date     **August  7, 2018**
Signature of Attorney for Debtor                                             MM / DD / YYYY

**Russell A. DeMott**
Printed name

**DeMott Law Firm, P.A.**
Firm name

**103 Grandview Drive**
**Suite B**
**Summerville, SC 29483**
Number, Street, City, State & ZIP Code

Contact phone  **(843) 695-0830**                    Email address    **russ@demottlawfirm.com**

**DC I.D. 10020 SC**
Bar number & State

```
AIR PLUS, LLC
908 CAVALRY CIRCLE
MOUNT PLEASANT SC 29464


APPSPRINGS COFFEE
P.O. BOX 40192
CHARLESTON SC 29423-0192


BANK OF AMERICA
ATTN: BANKRUPTCY NC4-105-02-77
P.O. BOX 26012
GREENSBORO NC 27410


BANK OF AMERICA
ATTN: BANKRUPTCY
P.O. BOX 982238
EL PASO TX 79998


BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634


BANK OF AMERICA
4909 SAVARESE CIRCLE
TAMPA FL 33634


BANK OF AMERICA
P.O. BOX 982238
EL PASO TX 79998


BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998


BFS CAPITAL
3301 N. UNIVERSITY DRIVE, SUITE 300
CORAL SPRINGS FL 33065


BROCK & SCOTT, P.L.L.C.
3800 FERNANDINA ROAD
SUITE 110
COLUMBIA SC 29210
```

```
BRUSH LAW FIRM
12-A CARRIAGE LANE
P.O. BOX 31459
CHARLESTON SC 29417


BRUSH LAW FIRM
12A CARRIAGE LANE
CHARLESTON SC 29407


BUILDERS MUTUAL INSURANCE COMPANY
5580 CENTERVIEW DRIVE
RALEIGH NC 27606


CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY UT 84130


CAPITAL ONE
15000 CAPITAL ONE DR
RICHMOND VA 23238


CARRIER ENTERPRISE LLC
LINDSAY CRAWFORD
P.O. BOX 4216
COLUMBIA SC 29240


CC DICKSON CO.
P.O. BOX 13501
ROCK HILL SC 29731-3501


CHARLESTON COUNTY COURT OF COMMON PLEAS
100 BROAD STREET, SUITE 106
CHARLESTON SC 29401


CHARLESTON COUNTY MAGISTRATE'S COURT
995 MORRISON
CHARLESTON SC 29403
```

```
CHARLESTON COUNTY TREASURER
P.O. BOX 878
CHARLESTON SC 29402


CINTAS
9540 HANBURG ROAD
LADSON SC 29456


CITIBANK - EXXON MOBILE
CENTRALIZED BANKRUPTCY
P.O. BOX 790034
ST LOUIS MO 63179


CITY OF CHALRESTON - SMALL CLAIMS
180 LOCKWOOD DRIVE
CHARLESTON SC 29403


CLIENT SERVICES
3451 HARRY TRUMAN BOULEVARD
SAINT CHARLES MO 63301


COMCAST SPOTLIGHT
P.O. BOX 100495
ATLANTA GA 30384-0495


COMENITY AWARDS BUSINESS CREDIT
P.O. BOX 659445
SAN ANTONIO TX 78265-9445


COURTNEY JONES
2150 ELEANOR DRIVE
NORTH CHARLESTON SC 29418


CREDIT FIRST NATIONAL ASSOCIATES
ATTN: BK CREDIT OPERATIONS
P.O. BOX 81315
CLEVELAND OH 44181


CRF SOLUTIONS
2051 ROYAL AVENUE
SIMI VALLEY CA 93065


D & A SERVICES
1400 E. TOUHY AVENUE, SUITE G2
DES PLAINES IL 60018
```

```
DAVID & STACEY REID
4720 BAYFIELD DRIVE
NORTH CHARLESTON SC 29418


DELTA INDUSTRIAL ELECTRIC CO.
2528 SPRUILL AVENUE
NORTH CHARLESTON SC 29405


DOCUSYSTEMS
P.O. BOX 1271
MYRTLE BEACH SC 29578


EPTING DISTRIBUTORS, INC.
300 INDUSTRIAL DRIVE
LEXINGTON SC 29072


EQUIFAX
P.O. BOX 740241
ATLANTA GA 30374-0241


ERICA SMITH
4735 LINFIELD LANE
NORTH CHARLESTON SC 29418


EXPERIAN
475 ANTON BOULEVARD
COSTA MESA CA 92626


FEDERATE MUTUAL INSURANCE COMPANY
C/O ANTHONY D. HOEFER
P.O. BOX 730
SUMTER SC 29151


FERGUSON RECEIVABLES, LLC
C/O SAMUEL FLEDER
P.O. BOX 26268
RALEIGH NC 27611


FIRST CITIZEN'S BANK AND TRUST
1230 MAIN STREET
COLUMBIA SC 29201
```

```
FIRST CITIZENS BANK & TRUST COMPANY
DAC-36
P.O. BOX 25187
RALEIGH NC 27611-5187


FSI OFFICE
P.O. BOX 563953
CHARLOTTE NC 28256


FUEL EXPRESS SOUTH
P.O. BOX 19017
HOUSTON TX 77224-9017


GC SERVICES LIMITED PARTNERSHIP
P.O. BOX 3855
HOUSTON TX 77253


GEODIGITAL BROADCASTING NETWORK, LLC
2871 HARVARD ROAD
CHARLESTON SC 29414


GLS ENGINEERING
908 CAVALRY CIRCLE
MOUNT PLEASANT SC 29464


GRAINGER
DEPT 876829797
PALATINE IL 60038-6000


GREGORY PRESTON COWAN
1315 WESTBROOK PLAZA DRIVE
WINSTON SALEM NC 27103


HOFFMAN HOFFMAN, INC.
P.O. BOX 896000
CHARLOTTE NC 28289-6000


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


ISLAND PUBLICATIONS
134 COLUMBUS STREET
CHARLESTON SC 29403
```

```
JASMINE BROWN
2150 ELEANOR DRIVE, APT. B
CHARLESTON SC 29406


JAYSPEN PROPERTIES
908 CAVALRY CIRCLE
MOUNT PLEASANT SC 29464


JOHN J. DODDS, III
858 LOWCOUNTRY BLVD, SUITE 101
MOUNT PLEASANT SC 29464


JOHNSTONE SUPPLY INC.
C/O EDWARD GRIMSLEY
P.O. BOX 11682
COLUMBIA SC 29211


JOSEPH GILLIARD
2150 ELEANOR DRIVE
NORTH CHARLESTON SC 29418


KRYA MORRIS
107 PITT STREET
MOUNT PLEASANT SC 29464


LARRY D. COHEN
P.O. BOX 30547
CHARLESTON SC 29417


LENNOX INDUSTRIES, INC.
P.O. BOX 910549
DALLAS TX 75391-0549


LEXUS FINANCIAL SERVICES
LEXUS FINANCIAL SERVICES
P.O. BOX 8026
CEDAR RAPIDS IA 52409


LINDEN CONSTRUCTION COMPANY
100 BRIGADE STREET, SUITE 100
CHARLESTON SC 29402


LOWCOUNTRY LOADS LLC
102 JACKSON STREET
SUMMERVILLE SC 29483
```

```
LOWCOUNTRY PRIVATE LENDING
3713 PINE STREET
JACKSONVILLE FL 32205


LUCAS AUTO REPAIR & TIRE CENTER
3816 DORCHESTER ROAD
NORTH CHARLESTON SC 29405


MCCALL'S INC.
4575 RIVERS AVENUE
NORTH CHARLESTON SC 29405


MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND OH 44146


MCCARTHY, BURGESS & WOLFF
THE MB&W BUILDING
26000 CANNON ROAD
CLEVELAND OH 44146


NASON MEDICAL CENTER
P.O. BOX 50339
SUMMERVILLE SC 29485


OTT DISTRIBUTORS
1024 ARAGON STREET
NORTH CHARLESTON SC 29405


PATENAUDE & FELIX, APC
4545 MURPHY CANYON ROAD
3RD FLOOR
SAN DIEGO CA 92123


PINNACLE
150 3RD AVENUE SOUTH
NASHVILLE TN 37201


PINNACLE BANK
114 W COLLEGE STREET
MURFREESBORO TN 37130


PIONEER CREDIT RECOVERY, INC.
P.O. BOX 500
HORSEHEADS NY 14845
```

```
PITNEY BOWES
P.O. BOX 371874
PITTSBURGH PA 15250-7874


RALPH COX
30 ALDRIDGE DRIVE
GREENVILLE SC 29607


RICHARD T. AVIS ATTORNEY AND ASSO, LLC
P.O. BOX 31579
CHICAGO IL 60631


RICHMOND NORTH
4955 NORTH BAILEY AVENUE, SUITE 109
BUFFALO NY 14226-1206


ROBBIE FISCHER



ROGER, TOWNSEND & THOMAS, PC
P.O. BOX 100200
COLUMBIA SC 29202


ROPER ST. FRANCIS
P.O. BOX 650292
DALLAS TX 75265-0292


RUBY SCHWEERS
317 MIDDLE STREET
MOUNT PLEASANT SC 29464


SC DEPARTMENT OF REVENUE
CORPORATE INCOME TAX PAYMENT
COLUMBIA SC 29214-0007


SHALON WILLIAMS
4734 WHITFWILL BLVD.
NORTH CHARLESTON SC 29418


SHELL - CITI
ATTN: BANKRUPTCY DEPARTMENT
701 60TH STREET NORTH
SIOUX FALLS SD 57104
```

```
SHERLOQ FINANCIAL
P.O. BOX 2842
TAMPA FL 33601


SMALL BUSINESS ADMINISTRATION
801 TOM MARTIN DRIVE, SUITE 120
BIRMINGHAM AL 35211


SOUTH CAROLINA
DEPARTMENT OF REVENUE
301 GERVAIS STREET
P.O. BOX 125
COLUMBIA SC 29214


SUPERIOR PLUS CONSTRUCTIONS PRODUCTS
P.O. BOX 904079
CHARLOTTE NC 28290-4079


SUZANNE CAMPBELL CHISHOLM
P.O. BOX 684
MOUNT PLEASANT SC 29465


SYNCHRONY BANK - CARE CREDIT
ATTN:  BANKRUPTCY DEPT
P.O. BOX 965061
ORLANDO FL 32896


THE BANK OF SOUTH CAROLINA
P.O. BOX 538
NORTH CHARLESTON SC 29405


THE BANK OF SOUTH CAROLINA
P.O. BOX 538
CHARLESTON SC 29402


THE SANDLAPPER MANAGEMENT GROUP, LLC
579 FOLLY ROAD, #13047
CHARLESTON SC 29422


THERMAL RESOURCE SALES, INC.
P.O. BOX 667
KERNERSVILLE NC 27285
```

```
TNB-VISA  (TV) - TARGET
FINANCIAL & RETAIL SERVICES
MAILSTOP BV, P.O. BOX  9475
MINNEAPOLIS MN 55440


TNB-VISA  (TV) / TARGET
P.O. BOX 673
MINNEAPOLIS MN 55440


TONVET BRYANT
4730 WHITWILL BLVD.
NORTH CHARLESTON SC 29418


TOTAL TRAFFIC & WEATHER NETWORK
62301 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0623


TRANE COMFORT SOLUTIONS, INC.
P.O. BOX 406469
ATLANTA GA 30384-6469


TRANSUNION
2 BALDWIN PLACE
P.O. BOX 1000
CHESTER PA 19022-2001


U.S. ATTORNEY FOR SOUTH CAROLINA
1441 MAIN STREET
SUITE 500
COLUMBIA SC 29201


UNITED REFRIGERATION INC.
C/O CLARKSON AND HALE, LLC
P.O. BOX 287
COLUMBIA SC 29202


UNITED STATES OF AMERICA
OFFICE OF THE ATTORNEY GENERAL
TENTH STREET AT CONSTITUTION AVENUE
WASHINGTON DC 20530


VERIZON
P.O. BOX 660108
DALLAS TX 75266-0108
```

```
WELLS FARGO BANK
C/O BROCK & SCOTT, PLLC
1315 WESTBROOK PLAZA DRIVE
WINSTON SALEM NC 27103


WELLS FARGO BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 6429
GREENVILLE SC 29606


WELLS FARGO BANK
P.O. BOX 77053
MINNEAPOLIS MN 55480-7753


WELLS FARGO BANK
P.O. BOX 14517
DES MOINES IA 50306


WELLS FARGO BANK
P.O. BOX 94435
ALBUQUERQUE NM 87199


WELLS FARGO HOME MORGAGE
P.O. BOX 10335
DES MOINES IA 50306


WELLS FARGO HOME MORTGAGE
ATTN: BANKRUPTCY DEPARTMENT
8480 STAGECOACH CIRCLE
FREDERICK MD 21701


WILLIAM HALL
P.O. BOX 40413
CHARLESTON SC 29423


WILLIAMS TIRE
3995 DORCHESTER ROAD
NORTH CHARLESTON SC 29405


YASHECE SMITH
4717 LINFIELD LANE
NORTH CHARLESTON SC 29418
```