**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George Louis Schweers** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carroll Cox Schweers** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **18-04002**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 981,300.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $ 67,830.62 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 1,049,130.62 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,056,279.37 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 5,734.46 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,089,019.27 |
| **Your total liabilities** | $ 2,151,033.10 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................. | $ 9,756.81 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 9,640.71 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**

Case number *(if known)*  **18-04002**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 5,734.46 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 5,734.46 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

| 1.1 | | **What is the property?** Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| **908 Cavalry Circle** | | ■ Single-family home | | |
| Street address, if available, or other description | | ☐ Duplex or multi-unit building | | |
| | | ☐ Condominium or cooperative | | |
| | | ☐ Manufactured or mobile home | | **Current value of the entire property?** |
| **Mount Pleasant    SC    29464-0000** | | ☐ Land | | **Current value of the portion you own?** |
| City    State    ZIP Code | | ☐ Investment property | | $650,000.00    $650,000.00 |
| | | ☐ Timeshare | | |
| | | ☐ Other _____ | | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | | **Who has an interest in the property?** Check one | | **Fee simple** |
| **Charleston** | | ☐ Debtor 1 only | | |
| County | | ☐ Debtor 2 only | | |
| | | ■ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | | ☐ Check if this is community property (see instructions) |
| | | Other information you wish to add about this item, such as local property identification number: | | |

Debtor 1   **George Louis Schweers**
Debtor 2   **Carroll Cox Schweers**

Case number *(if known)*   **18-04002**

1.2   **If you own or have more than one, list here:**

**4734 Whitwill Blvd.**

Street address, if available, or other description

**North Charleston**   **SC**   **29418-0000**
City                    State   ZIP Code

**Charleston**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4735 Linfield Lane and 4717 Linfield Lane.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$58,000.00**                          **$58,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.3   **If you own or have more than one, list here:**

**4730 Whitwill Blvd.**

Street address, if available, or other description

**North Charleston**   **SC**   **29418-0000**
City                    State   ZIP Code

**Charleston**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4720 Bayfield Drive and 2150 Eleanor Drive.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$58,000.00**                          **$58,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number *(if known)*  **18-04002**

**If you own or have more than one, list here:**

1.4

**4735 Linfield Lane**

Street address, if available, or other description

| | | |
|---|---|---|
| **North Charleston** | **SC** | **29418-0000** |
| City | State | ZIP Code |

**Charleston**

County

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4717 Linfield Lane.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$58,000.00** | **$58,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.5

**4717 Linfield Lane**

Street address, if available, or other description

| | | |
|---|---|---|
| **North Charleston** | **SC** | **29418-0000** |
| City | State | ZIP Code |

**Charleston**

County

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4735 Linfield Lane.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$58,000.00** | **$58,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **George Louis Schweers**

Debtor 2   **Carroll Cox Schweers**

Case number *(if known)*   **18-04002**

---

**If you own or have more than one, list here:**

1.6

**4720 Bayfield Drive**

Street address, if available, or other description

| | |
|---|---|
| **North Charleston** | **SC** | **29418-0000** |
| City | State | ZIP Code |

**Charleston**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4730 Whitwill Blvd. and 2150 Eleanor Drive.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$58,000.00**

Current value of the portion you own?   **$58,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.7

**2150 Eleanor Drive**

Street address, if available, or other description

| | |
|---|---|
| **North Charleston** | **SC** | **29405-0000** |
| City | State | ZIP Code |

**Charleston**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4720 Bayfield Drive.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$41,300.00**

Current value of the portion you own?   **$41,300.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**     **$981,300.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **George Louis Schweers**

Debtor 2    **Carroll Cox Schweers**

Case number *(if known)*    **18-04002**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☒ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1  Make: **Ford**
Model: **F-150**
Year: **2004**
Approximate mileage: **200,500**
Other information:

**VIN # 1FTPW14594KD23532. Vehicle has an inoperable engine. In addition, vehicle has been in a major front-end collision and in rough condition with body damage to the tailgate. Cost of repair exceeds value of the vehicle.**

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$500.00**
Current value of the portion you own? **$500.00**

---

3.2  Make: **Toyota**
Model: **4-Runner**
Year: **2000**
Approximate mileage: **355,000**
Other information:

**VIN # JT3HN86R4Y031744B. Exterior paint is peeling.**

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,600.00**
Current value of the portion you own? **$2,600.00**

---

3.3  Make: **Lexus**
Model: **RX-350**
Year: **2016**
Approximate mileage: **24,000**
Other information:

**VIN # 2T2ZZMCAXGCO14364. Vehicle is leased.**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

---

3.4  Make: **Honda**
Model: **NP 550**
Year: **2017**
Approximate mileage:
Other information:

**Moped. VIN # JH2AF5816HK502760. Debtor's son contributed $1,000 toward the purchase of the moped and has a 1/2 equitable interest in the property.**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,500.00**
Current value of the portion you own? **$750.00**

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

**3.5**  Make: **Yamaha**

Model: **Kodiak 400**

Year: **2006**

Approximate mileage: **unknown**

Other information:

**ATV is currently inoperable.**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,000.00**

Current value of the portion you own? **$1,000.00**

---

**3.6**  Make: **Club Car**

Model: **36 volt**

Year: **2000**

Approximate mileage: **unknown**

Other information:

**Golf cart was purchased in 2003 from a golf course is in very poor condition with damage to the front end, ripped seats, and burn marks.**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$500.00**

Current value of the portion you own? **$500.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1**  Make: **Sea Hunt**

Model: **22 Navigator**

Year: **2001**

Other information:

**with 200 HP Evinrude E-TEC motor and open trailer.  Serial # 5X5N0061H001.**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$13,000.00**

Current value of the portion you own? **$13,000.00**

---

**4.2**  Make: **Boston Whaler**

Model: **13' Sport**

Year: **1965**

Other information:

**with 15 HP Yamaha motor and open trailer.  Serial # 16430.  Boat is in poor condition with hull and gel coat damage.**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,500.00**

Current value of the portion you own? **$1,500.00**

---

**4.3**  Make: **Glll Boat**

Model: **1436**

Year: **2002**

Other information:

**with 25 HP Yamaha motor and open trailer.  Serial # GEN09322A202.  Boat purchased in 2015 for $850.**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$850.00**

Current value of the portion you own? **$850.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 | **Carroll Cox Schweers** |

Case number *(if known)*    **18-04002**

| 4.4 | Make: | **Unknown** |
|---|---|---|

| Model: | **Unknown** |
|---|---|
| Year: | **Unknown** |

Other information:

**Aluminum Trailer.  Wood boards in poor condition.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................=>

**$21,200.00**

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household goods, furnishings, supplies and other misc. items. | $9,500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Miscellaneous electronics. | $1,000.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | 1982 Reminton 870 12 ga. ($75) , 2008 Remington 870 12 ga. ($150), 1993 Browning 270 A-Bolt ($200), 1998 Marlin 22 ($75), 2003 Rossi .22/410 ($75), 2008 Ruger .22 pistol ($200), 1998 Sig Sauer .22 pistol ($200). | $975.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

Official Form 106A/B                     Schedule A/B: Property                     page 7

Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| | |
|---|---|
| **Clothing.** | **$500.00** |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **Miscellaneous jewelry** | **$1,125.00** |

| | |
|---|---|
| **Miscellaneous jewelry** | **$1,875.00** |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| **House pets (3 dogs).  No value.** | **$0.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes.  Give specific information.....

| | |
|---|---|
| **Shipping container located at a hunting club.  Container is used to store ATV when not in use.  Container has no value.** | **$0.00** |

| | |
|---|---|
| **Miscellaneous tool of trade.** | **$2,000.00** |

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

| **$16,975.00** |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes..................................................................................................

| | |
|---|---|
| **Cash.** | **$120.00** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| 17.1. | **Sun Trust checking (9819)** | **$393.00** |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | |
|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | |

Case number *(if known)*  **18-04002**

| | | |
|---|---|---|
| 17.2. | **Sun Trust savings (4613)** | $2,573.39 |
| 17.3. | **Sun Trust checking (0106).  Account held jointly with Debtors' son.  Debtor 2 does not contribute any funds into this account and has no equitable interest in the account.** | $1,236.67 |
| 17.4. | **Sun Trust checking (9371).  Account held jointly with Debtors' daughter.  Debtor 2 does not contribute any funds into this account and has no equitable interest in the account.** | $714.46 |
| 17.5. | **Sun Trust savings (4167).  Account held jointly with Debtors' daughter.  Debtor 2 does not contribute any funds into this account and has no equitable interest in the account.** | $18,790.07 |
| 17.6. | **Ameris Bank checking for dba Jayspen Properties (7809).** | $999.94 |
| 17.7. | **Sun Trust checking for dba Louis Schweers, P. E. (5057).** | $200.00 |
| 17.8. | **Sun Trust checking (9637).** | $3,082.26 |
| 17.9. | **Wells Fargo checking (7685).** | $0.00 |
| 17.10. | **Wells Fargo checking (8705).  Account has a negative balance.** | $0.00 |
| 17.11. | **Bank of America checking (9117).** | $0.13 |
| 17.12. | **Bank of America savings (7375).** | $0.01 |
| 17.13. | **Ameritrade (9559).** | $400.47 |
| 17.14. | **BB&T checking (1760).** | $1,145.22 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
        Name of entity:                                    % of ownership:

| Debtor 1 | **George Louis Schweers** | |
|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* **18-04002** |

**GLS Engineering, LLC**

**Assets:  Sun Trust checking (9645) $250.20**

**Liabilities:  $3,895**

| **Liabilities as listed on schedule F exceed assets.** **No value.** | 100 | % | $0.00 |
|---|---|---|---|

**Air Plus, LLC**

| **Business has no assets and closed in July 2017.** **Liabilities, as listed on schedules D & F, exceed** **assets.** | 100 | % | $0.00 |
|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                          Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
|  | **Term policy.  No value.** | **Debtor 2** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**..................................................................................................................

   | $29,655.62 |
   |---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.

| Official Form 106A/B | Schedule A/B: Property | page 11 |
|---|---|---|

| Debtor 1 | **George Lous Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  |  **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .................................................................................................. | | **$981,300.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$21,200.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$16,975.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$29,655.62** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$67,830.62** | Copy personal property total    **$67,830.62** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$1,049,130.62** |

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **George Louis Schweers** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| **908 Cavalry Circle Mount Pleasant, SC 29464  Charleston County**  Line from *Schedule A/B*: **1.1** | **$650,000.00** | ■ $109,719.35  ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)** |
| **2000 Toyota 4-Runner 355,000 miles VIN # JT3HN86R4Y031744B.  Exterior paint is peeling.**  Line from *Schedule A/B*: **3.2** | **$2,600.00** | ■ $2,600.00  ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| **2017 Honda NP 550 Moped.  VIN # JH2AF5816HK502760. Debtor's son contributed $1,000 toward the purchase of the moped and has a 1/2 equitable  interest in the property.**  Line from *Schedule A/B*: **3.4** | **$750.00** | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1)** |
| **2006 Yamaha Kodiak 400 unknown miles ATV is currently inoperable.**  Line from *Schedule A/B*: **3.5** | **$1,000.00** | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 | **Carroll Cox Schweers** |

Case number (if known)  **18-04002**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2000 Club Car 36 volt unknown miles Golf cart was purchased in 2003 from a golf course is in very poor condition with damage to the front end, ripped seats, and burn marks.**<br>Line from *Schedule A/B*: **3.6** | $500.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1) |
| **1965 Boston Whaler 13' Sport with 15 HP Yamaha motor and open trailer.  Serial # 16430.  Boat is in poor condition with hull and gel coat damage.**<br>Line from *Schedule A/B*: **4.2** | $1,500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1) |
| **2002 Glll Boat 1436 with 25 HP Yamaha motor and open trailer.  Serial # GEN09322A202.  Boat purchased in 2015 for $850.**<br>Line from *Schedule A/B*: **4.3** | $850.00 | ■ $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1) |
| **Unknown Unknown Unknown Aluminum Trailer.  Wood boards in poor condition.**<br>Line from *Schedule A/B*: **4.4** | $500.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1) |
| **Household goods, furnishings, supplies and other misc. items.**<br>Line from *Schedule A/B*: **6.1** | $9,500.00 | ■ $8,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Household goods, furnishings, supplies and other misc. items.**<br>Line from *Schedule A/B*: **6.1** | $9,500.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1) |
| **Miscellaneous electronics.**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **1982 Reminton 870 12 ga. ($75) , 2008 Reminton 870 12 ga. ($150), 1993 Browning 270 A-Bolt ($200), 1998 Marlin 22 ($75), 2003 Rossi .22/410 ($75), 2008 Ruger .22 pistol ($200), 1998 Sig Sauer .22 pistol ($200).**<br>Line from *Schedule A/B*: **10.1** | $975.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(15) |
| **1982 Reminton 870 12 ga. ($75) , 2008 Remington 870 12 ga. ($150), 1993 Browning 270 A-Bolt ($200), 1998 Marlin 22 ($75), 2003 Rossi .22/410 ($75), 2008 Ruger .22 pistol ($200), 1998 Sig Sauer .22 pistol ($200).**<br>Line from *Schedule A/B*: **10.1** | $975.00 | ■ $375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | | |
| Debtor 2 | **Carroll Cox Schweers** | | | |
| | | | Case number (if known) | **18-04002** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothing.**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $325.00 | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Miscellaneous jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,125.00 | ■ | $1,125.00 | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Miscellaneous jewelry**<br>Line from *Schedule A/B*: **12.2** | $1,875.00 | ■ | $1,225.00 | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Miscellaneous jewelry**<br>Line from *Schedule A/B*: **12.2** | $1,875.00 | ■ | $650.00 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Miscellaneous tool of trade.**<br>Line from *Schedule A/B*: **14.2** | $2,000.00 | ■ | $1,825.00 | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Cash.**<br>Line from *Schedule A/B*: **16.1** | $120.00 | ■ | $60.00 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Sun Trust checking (9819)**<br>Line from *Schedule A/B*: **17.1** | $393.00 | ■ | $393.00 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Sun Trust savings (4613)**<br>Line from *Schedule A/B*: **17.2** | $2,573.39 | ■ | $2,573.39 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Ameris Bank checking for dba Jayspen Properties (7809).**<br>Line from *Schedule A/B*: **17.6** | $999.94 | ■ | $999.94 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Sun Trust checking for dba Louis Schweers, P. E. (5057).**<br>Line from *Schedule A/B*: **17.7** | $200.00 | ■ | $200.00 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Sun Trust checking (9637).**<br>Line from *Schedule A/B*: **17.8** | $3,082.26 | ■ | $3,082.26 | **S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | | |
| | | Case number (if known) | **18-04002** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Ameritrade (9559).**<br>Line from *Schedule A/B*: **17.13** | $400.47 | ■ $400.47<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 1's (A)(1) |
| **BB&T checking (1760).**<br>Line from *Schedule A/B*: **17.14** | $1,145.22 | ■ $1,145.22<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of Debtor 2's (A)(1) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1 Bank of America**
Creditor's Name

**Attn: Bankruptcy**
**Nc4-105-02-77**
**P.O. Box 26012**
**Greensboro, NC 27410**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **Opened 05/08**

Describe the property that secures the claim:    **$298,906.00**    **$650,000.00**    **$0.00**

**908 Cavalry Circle Mount Pleasant, SC 29464  Charleston County - 80% Business Debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **4299**

**2.2 Bank of America**
Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 982238**
**El Paso, TX 79998**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:    **$89,922.00**    **$650,000.00**    **$0.00**

**908 Cavalry Circle Mount Pleasant, SC 29464  Charleston County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Debtor 1 | **George Louis Schweers** | | | Case number (if know) | **18-04002** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Carroll Cox Schweers** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| Date debt was incurred | **Opened**<br>**03/98** | Last 4 digits of account number | **0443** |

---

| **2.3** | **Carrier Enterprise, LLC** | Describe the property that secures the claim: | **$144,892.90** | **$981,300.00** | **$0.00** |

Creditor's Name

**All real property in Charleston County as noted on Schedule A. Business Debt.**

**Lindsay Crawford**
**P.O. Box 4216**
**Columbia, SC 29240**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

---

| Date debt was incurred | **Opened**<br>**04/18** | Last 4 digits of account number | **2074** |

---

| **2.4** | **Ferguson Receivables, LLC** | Describe the property that secures the claim: | **$68,691.52** | **$981,300.00** | **$0.00** |

Creditor's Name

**All real property in Charleston County as noted on Schedule A. Business Debt.**

**c/o Samuel Fleder**
**P.O. Box 26268**
**Raleigh, NC 27611**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

---

| Date debt was incurred | **Opened**<br>**10/12** | Last 4 digits of account number | **0787** |

---

| **2.5** | **Lowcountry Private Lending** | Describe the property that secures the claim: | **$80,000.00** | **$174,000.00** | **$0.00** |

Creditor's Name

**4734 Whitwil Blvd., 4735 Linfield Drive, 4717 Linfield Drive - Business Debt**

**3713 Pine Street**
**Jacksonville, FL 32205**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | Case number (if know) | **18-04002** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |
| Debtor 2 | **Carroll Cox Schweers** | | | |
| | First Name        Middle Name        Last Name | | | |

☐ At least one of the debtors and another          ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**              ☐ Other (including a right to offset) _____
     **community debt**

| Date debt was incurred | **Opened** **01/14** | Last 4 digits of account number | **0227** |
|---|---|---|---|

---

| **2.6** | **Small Business Administration** | Describe the property that secures the claim: | **$151,452.65** | **$650,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**908 Cavalry Circle Mount Pleasant, SC 29464 Charleston County - Businesss Debt**

**801 Tom Martin Drive, Suite 120 Birmingham, AL 35211**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | **Opened** **02/17** | Last 4 digits of account number | **5506** |
|---|---|---|---|

---

| **2.7** | **The Bank of South Carolina** | Describe the property that secures the claim: | **$13,012.30** | **$13,000.00** | **$12.30** |
|---|---|---|---|---|---|

Creditor's Name

**2001 Sea Hunt 22 Navigator with 200 HP Evinrude E-TEC motor and open trailer. Serial # 5X5N0061H001.**

**P.O. Box 538 Charleston, SC 29402**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | **Opened** **03/16** | Last 4 digits of account number | **6278** |
|---|---|---|---|

---

| **2.8** | **The Sandlapper Management Group, LLC** | Describe the property that secures the claim: | **$948.75** | **$58,000.00** | **$0.00** |
|---|---|---|---|---|---|

Debtor 1 **George Louis Schweers**
First Name    Middle Name    Last Name

Case number (if know) **18-04002**

Debtor 2 **Carroll Cox Schweers**
First Name    Middle Name    Last Name

Creditor's Name

**4717 Linfield Lane North Charleston, SC 29418  Charleston County
Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4735 Linfield Lane.**

**579 Folly Road, #13047 Charleston, SC 29422**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Association dues**

**Date debt was incurred** **Opened**        **Last 4 digits of account number**

---

| 2.9 | **The Sandlapper Management Group, LLC** | | $948.75 | $58,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**4720 Bayfield Drive North Charleston, SC 29418  Charleston County
Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4730 Whitwill Blvd. and 2150 Eleanor Drive**

**579 Folly Road, #13047 Charleston, SC 29422**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Association dues**

**Date debt was incurred** **Opened**        **Last 4 digits of account number**

---

| 2.10 | **The Sandlapper Management Group, LLC** | Describe the property that secures the claim: | $930.00 | $58,000.00 | $0.00 |

Debtor 1   **George Louis Schweers**
     First Name         Middle Name        Last Name

Case number *(if know)*   **18-04002**

Debtor 2   **Carroll Cox Schweers**
     First Name         Middle Name        Last Name

---

Creditor's Name

**4730 Whitwill Blvd. North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4720 Bayfield Drive and 2150 Eleanor Drive**

**579 Folly Road, #13047**
**Charleston, SC 29422**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Association dues**

Date debt was incurred   **Opened**

Last 4 digits of account number

---

| 2.1 1 | **The Sandlapper Management Group, LLC** | Describe the property that secures the claim: | $973.75 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**4734 Whitwill Blvd. North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4735 Linfield Lane and 4717 Linfield Lane.**

**579 Folly Road, #13047**
**Charleston, SC 29422**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Association dues**

Date debt was incurred   **Opened**

Last 4 digits of account number

---

| 2.1 2 | **The Sandlapper Management Group, LLC** | Describe the property that secures the claim: | $923.75 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **George Louis Schweers**

First Name          Middle Name          Last Name

Case number (if know)  **18-04002**

Debtor 2  **Carroll Cox Schweers**

First Name          Middle Name          Last Name

Creditor's Name

**4735 Linfield Lane North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4717 Linfield Lane.**

**579 Folly Road, #13047**
**Charleston, SC 29422**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Association dues**

Date debt was incurred   **Opened**          Last 4 digits of account number

---

| 2.1 3 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $28,082.00 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**4730 Whitwill Blvd. North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4720 Bayfield Drive and 2150 Eleanor Drive**

**Attn: Bankruptcy Department**
**8480 Stagecoach Circle**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred   **Opened 08/01**          Last 4 digits of account number   **2042**

---

| 2.1 4 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $27,566.00 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carroll Cox Schweers** | | |
| | First Name | Middle Name | Last Name |

Case number (if know)   **18-04002**

---

Creditor's Name

**4734 Whitwill Blvd. North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4735 Linfield Lane and 4717 Linfield Lane.**

**Attn: Bankruptcy Department**
**8480 Stagecoach Circle**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 05/02**        Last 4 digits of account number   **4350**

---

| 2.1 5 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | **$26,999.00** | **$58,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**4717 Linfield Lane North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4735 Linfield Lane.**

**Attn: Bankruptcy Department**
**8480 Stagecoach Circle**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 08/01**        Last 4 digits of account number   **2043**

---

| 2.1 6 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | **$24,652.00** | **$41,300.00** | **$0.00** |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | George Louis Schweers | | | Case number *(if know)* | 18-04002 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Carroll Cox Schweers | | | | |
| | First Name | Middle Name | Last Name | | |

Creditor's Name

**Attn: Bankruptcy Department**
**8480 Stagecoach Circle**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

**2150 Eleanor Drive North Charleston, SC 29405  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4720 Bayfield Drive**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 11/00**    Last 4 digits of account number **0883**

---

| 2.17 | Wells Fargo Home Mortgage | Describe the property that secures the claim: | $16,701.00 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**
**8480 Stagecoach Circle**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

**4720 Bayfield Drive North Charleston, SC 29418  Charleston County**
**Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4730 Whitwill Blvd. and 2150 Eleanor Drive**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 05/99**    Last 4 digits of account number **6832**

---

| 2.18 | Wells Fargo Home Mortgage | Describe the property that secures the claim: | $16,677.00 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

Debtor 1   **George Louis Schweers**
      First Name        Middle Name       Last Name

Debtor 2   **Carroll Cox Schweers**
      First Name        Middle Name       Last Name

Case number (if know)   **18-04002**

---

Creditor's Name

**4735 Linfield Lane North
Charleston, SC 29418  Charleston
County
Rental Property.  In addition to the
first mortgage, property is also
collateral for a mortgage note,
which includes a mortgage on 4734
Whitwill Blvd. and 4717 Linfield
Lane.**

**Attn: Bankruptcy
Department
8480 Stagecoach Circle
Frederick, MD 21701**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened
05/99**

Last 4 digits of account number   **3362**

---

| 2.1 9 | | | $64,000.00 | $58,000.00 | $64,000.00 |

**William Hall**

Creditor's Name

Describe the property that secures the claim:

**4730 Whitwil Blvd., 4720 Bayfield
Drive, 2150 Eleanor Drive - Business
Debt
Rental Property**

**P.O. Box 40413
Charleston, SC 29423**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened
11/14**

Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$1,056,279.37**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$1,056,279.37**

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 11

Debtor 1     **George Louis Schweers**

Case number (if know)    **18-04002**

First Name            Middle Name            Last Name

Debtor 2     **Carroll Cox Schweers**

First Name            Middle Name            Last Name

---

☐   Name, Number, Street, City, State & Zip Code
**Bank of America**
**4909 Savarese Circle**
**Tampa, FL 33634**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Bank of America**
**4909 Savarese Circle**
**Tampa, FL 33634**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Brock & Scott, P.L.L.C.**
**3800 Fernandina Road**
**Suite 110**
**Columbia, SC 29210**

On which line in Part 1 did you enter the creditor?   **2.16**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Brush Law Firm**
**12-A Carriage Lane**
**P.O. Box 31459**
**Charleston, SC 29417**

On which line in Part 1 did you enter the creditor?   **2.19**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Brush Law Firm**
**12-A Carriage Lane**
**P.O. Box 31459**
**Charleston, SC 29417**

On which line in Part 1 did you enter the creditor?   **2.9**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Brush Law Firm**
**12A Carriage Lane**
**Charleston, SC 29407**

On which line in Part 1 did you enter the creditor?   **2.10**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which line in Part 1 did you enter the creditor?   **2.13**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which line in Part 1 did you enter the creditor?   **2.16**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which line in Part 1 did you enter the creditor?   **2.19**

Last 4 digits of account number   __ __

---

☐   Name, Number, Street, City, State & Zip Code
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number   __ __

---

Official Form 106D           Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**           page 10 of 11

| Debtor 1 | **George Louis Schweers** | | | Case number (*if know*) | **18-04002** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Carroll Cox Schweers** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**John J. Dodds, III**
**858 Lowcountry Blvd, Suite 101**
**Mount Pleasant, SC 29464**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Roger, Townsend & Thomas, PC**
**P.O. Box 100200**
**Columbia, SC 29202**

On which line in Part 1 did you enter the creditor?  **2.13**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Wells Fargo Home Morgage**
**P.O. Box 10335**
**Des Moines, IA 50306**

On which line in Part 1 did you enter the creditor?  **2.13**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | 18-04002 |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$5,734.46** | **$5,734.46** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 2017**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only    ☐ Contingent

☐ Debtor 2 only    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

■ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**    ■ Taxes and certain other debts you owe the government

■ No    ☐ Claims for death or personal injury while you were intoxicated

☐ Yes    ☐ Other. Specify _____

**2016 business tax liability:  $5734.46**

| 2.2 | **SC Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Corporate Income Tax Payment**
**Columbia, SC 29214-0007**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only    ☐ Contingent

☐ Debtor 2 only    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

■ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**    ■ Taxes and certain other debts you owe the government

■ No    ☐ Claims for death or personal injury while you were intoxicated

☐ Yes    ☐ Other. Specify _____

**Business Debt - Notice Only.**

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number (*if know*)  **18-04002**

---

| 2.3 | **South Carolina** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Department of Revenue**
**301 Gervais Street**
**P.O. Box 125**
**Columbia, SC 29214**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**For Notice**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |

| 4.1 | **Appsprings Coffee** | | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 40192**
**Charleston, SC 29423-0192**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Notice Only.**

---

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 | **Carroll Cox Schweers** |

Case number *(if know)*   **18-04002**

---

**4.2** | **Bank of America** | Last 4 digits of account number   **3818** | **$27,498.00**

Nonpriority Creditor's Name
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 04/89**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card - 80% Business Debt**

---

**4.3** | **Bank Of America** | Last 4 digits of account number   **8703** | **$23,737.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 08/87**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card - 80% Business Debt**

---

**4.4** | **Bank Of America** | Last 4 digits of account number   **2110** | **$23,438.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 02/03**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number *(if know)*  **18-04002**

---

| 4.5 | **BFS Capital** | Last 4 digits of account number | **3388** | $154,095.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3301 N. University Drive, Suite 300
Coral Springs, FL 33065**

When was the debt incurred?  **Opened 04/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Loan - Business Debt**

---

| 4.6 | **Builders Mutual Insurance Company** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5580 Centerview Drive
Raleigh, NC 27606**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Notice Only.**

---

| 4.7 | **Canon Financial Services** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14904 Collections Center Drive
Chicago, IL 60693**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Notice Only.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** |
|----------|---------------------------|
| Debtor 2 | **Carroll Cox Schweers** |

Case number *(if know)*    **18-04002**

---

| 4.8 | **Capital One** | Last 4 digits of account number | **7264** | $3,895.00 |
|-----|-----------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 02/04**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card - Business Debt**

---

| 4.9 | **CC Dickson Co.** | Last 4 digits of account number | | $0.00 |
|-----|--------------------|--------------------------------|--|-------|

Nonpriority Creditor's Name
**P.O. Box 13501**
**Rock Hill, SC 29731-3501**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Notice Only.**

---

| 4.10 | **Charleston County Treasurer** | Last 4 digits of account number | | $0.00 |
|------|---------------------------------|--------------------------------|--|-------|

Nonpriority Creditor's Name
**P.O. Box 878**
**Charleston, SC 29402**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Notice Only.**

---

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**

Case number (*if know*)    **18-04002**

---

| 4.1 1 | **Cintas** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**9540 Hanburg Road**
**Ladson, SC 29456**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Notice Only.**

---

| 4.1 2 | **Citibank - Exxon Mobile** | Last 4 digits of account number **8600** | $1,076.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Centralized Bankruptcy**
**P.O. Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?    **Opened 06/93**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 3 | **Comcast Spotlight** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 100495**
**Atlanta, GA 30384-0495**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Notice Only.**

---

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**

Case number *(if know)*    **18-04002**

---

| 4.1 4 | **Comenity Awards Business Credit** | Last 4 digits of account number | **0141** | $5,155.48 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 659445**
**San Antonio, TX 78265-9445**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 02/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Loan - Business Debt**

---

| 4.1 5 | **Credit First National Associates** | Last 4 digits of account number | **7904** | $1,605.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: BK Credit Operations**
**P.O. Box 81315**
**Cleveland, OH 44181**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 12/00**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Representing: Firestone Complete Auto Care**

---

| 4.1 6 | **CRF Solutions** | Last 4 digits of account number | **9591** | $2,379.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2051 Royal Avenue**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 01/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Representing: United Refrigeration Inc. - Business Debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1  **George Louis Schweers**

Debtor 2  **Carroll Cox Schweers**

Case number (*if know*)  **18-04002**

---

| 4.17 | **Delta Industrial Electric Co.** | Last 4 digits of account number | _____ | $0.00 |

Nonpriority Creditor's Name

**2528 Spruill Avenue**

**North Charleston, SC 29405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Notice Only.**

---

| 4.18 | **Docusystems** | Last 4 digits of account number | _____ | $0.00 |

Nonpriority Creditor's Name

**P.O. Box 1271**

**Myrtle Beach, SC 29578**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Notice Only.**

---

| 4.19 | **Epting Distributors, Inc.** | Last 4 digits of account number | 1416 | $0.00 |

Nonpriority Creditor's Name

**300 Industrial Drive**

**Lexington, SC 29072**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **Opened 11/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Notice Only.**

---

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**

Case number (*if know*)    **18-04002**

---

| 4.2 0 | **Equifax** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 740241**
**Atlanta, GA 30374-0241**
Number Street City State ZIp Code

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **For Notice**

---

| 4.2 1 | **Experian** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**475 Anton Boulevard**
**Costa Mesa, CA 92626**
Number Street City State ZIp Code

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **For Notice**

---

| 4.2 2 | **Federate Mutual Insurance Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Anthony D. Hoefer**
**P.O. Box 730**
**Sumter, SC 29151**
Number Street City State ZIp Code

Last 4 digits of account number    **0813**    $0.00

When was the debt incurred?    **Opened 02/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business Debt - Notice Only**

---

| Debtor 1 | **George Louis Schweers** |
|----------|---------------------------|
| Debtor 2 | **Carroll Cox Schweers** |

Case number (if know)   **18-04002**

---

| 4.2 3 | **First Citizen's Bank and Trust** | Last 4 digits of account number _____ | $0.00 |
|-------|-----------------------------------|------|-------|

Nonpriority Creditor's Name
**1230 Main Street**
**Columbia, SC 29201**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Notice Only.**

---

| 4.2 4 | **First Citizens Bank & Trust Company** | Last 4 digits of account number **9098** | $904.41 |
|-------|------------------------------------------|------|---------|

Nonpriority Creditor's Name
**DAC-36**
**P.O. Box 25187**
**Raleigh, NC 27611-5187**

Number Street City State Zip Code

When was the debt incurred?   **Opened**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Credit Card - Business Debt**

---

| 4.2 5 | **FSI Office** | Last 4 digits of account number _____ | $0.00 |
|-------|----------------|------|-------|

Nonpriority Creditor's Name
**P.O. Box 563953**
**Charlotte, NC 28256**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Notice Only.**

---

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 | **Carroll Cox Schweers** |

Case number (*if know*)   **18-04002**

---

| 4.2 6 | **Fuel Express South** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 19017**
**Houston, TX 77224-9017**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.2 7 | **GeoDigital Broadcasting Network, LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2871 Harvard Road**
**Charleston, SC 29414**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.2 8 | **Grainger** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Dept 876829797**
**Palatine, IL 60038-6000**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Notice Only.**

---

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number (*if know*)    **18-04002**

---

| 4.29 | | |
|---|---|---|

**Hoffman Hoffman, Inc.**
Nonpriority Creditor's Name
**P.O. Box 896000**
**Charlotte, NC 28289-6000**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.30 | | |
|---|---|---|

**Island Publications**
Nonpriority Creditor's Name
**134 Columbus Street**
**Charleston, SC 29403**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.31 | | |
|---|---|---|

**Jasmine Brown**
Nonpriority Creditor's Name
**2150 Eleanor Drive, Apt. B**
**Charleston, SC 29406**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0973**        **Unknown**

When was the debt incurred?   **Opened 05/18**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number *(if know)*    **18-04002**

---

| 4.3 2 | **Johnstone Supply Inc.** | Last 4 digits of account number | **0499** | **$0.00** |

Nonpriority Creditor's Name
**c/o Edward Grimsley**
**P.O. Box 11682**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?    **Opened 01/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Notice Only**

---

| 4.3 3 | **Krya Morris** | Last 4 digits of account number | | **$24,000.00** |

Nonpriority Creditor's Name
**107 Pitt Street**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/13**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan - Business Debt**

---

| 4.3 4 | **Lennox Industries, Inc.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 910549**
**Dallas, TX 75391-0549**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Notice Only.**

---

Debtor 1   **George Louis Schweers**
Debtor 2   **Carroll Cox Schweers**

Case number (*if know*)   **18-04002**

---

| 4.3 5 | **Linden Construction Company** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**100 Brigade Street, Suite 100**
**Charleston, SC 29402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Notice Only**

---

| 4.3 6 | **Lowcountry Loads LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**102 Jackson Street**
**Summerville, SC 29483**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Notice Only.**

---

| 4.3 7 | **Lucas Auto Repair & Tire Center** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3816 Dorchester Road**
**North Charleston, SC 29405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Notice Only.**

---

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| Debtor 2 | **Carroll Cox Schweers** |

Case number (if know)   **18-04002**

---

**4.38**

| **McCall's Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4575 Rivers Avenue**
**North Charleston, SC 29405**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

**4.39**

| **McCarthy, Burgess & Wolff** | Last 4 digits of account number | **5367** | $258.35 |
|---|---|---|---|

Nonpriority Creditor's Name

**26000 Cannon Road**
**Cleveland, OH 44146**

When was the debt incurred?   **Opened**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Representing: Comcast Cable - Business Debt**

---

**4.40**

| **McCarthy, Burgess & Wolff** | Last 4 digits of account number | **3861** | $2,436.54 |
|---|---|---|---|

Nonpriority Creditor's Name

**The MB&W Building**
**26000 Cannon Road**
**Cleveland, OH 44146**

When was the debt incurred?   **Opened 06/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Representing: Angie's List**

---

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number (*if know*)  **18-04002**

---

| 4.4 1 | **Nason Medical Center** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 50339**
**Summerville, SC 29485**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.4 2 | **Ott Distributors** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**1024 Aragon Street**
**North Charleston, SC 29405**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.4 3 | **Pinnacle** | | Last 4 digits of account number **5700** | | **$96,746.12** |

Nonpriority Creditor's Name
**150 3rd Avenue South**
**Nashville, TN 37201**

When was the debt incurred?   **Opened 09/10**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan - Business Debt**

---

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 | **Carroll Cox Schweers** |

Case number (if know)   **18-04002**

---

**4.4 4**

| **Pinnacle Bank** | Last 4 digits of account number | **0153** | **$372.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**114 W College Street**
**Murfreesboro, TN 37130**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

**4.4 5**

| **Pitney Bowes** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 371874**
**Pittsburgh, PA 15250-7874**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Notice Only.**

---

**4.4 6**

| **Ralph Cox** | Last 4 digits of account number | | **$69,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**30 Aldridge Drive**
**Greenville, SC 29607**
Number Street City State Zip Code

When was the debt incurred?   **Opened 01/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Loan - Business Debt**

---

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number (*if know*)    **18-04002**

---

| 4.4 7 | **Ralph Cox** | Last 4 digits of account number | | $21,666.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**30 Aldridge Drive**
**Greenville, SC 29607**
Number Street City State Zip Code

When was the debt incurred?    **Opened 10/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan - Business Debt**

---

| 4.4 8 | **Richard T. Avis Attorney and Asso, LLC** | Last 4 digits of account number | 9421 | $992.23 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 31579**
**Chicago, IL 60631**
Number Street City State Zip Code

When was the debt incurred?    **Opened 2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Representing: W.W. Grainger Inc. - Business Debt**

---

| 4.4 9 | **Richmond North** | Last 4 digits of account number | 0090 | $444.01 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4955 North Bailey Avenue, Suite 109**
**Buffalo, NY 14226-1206**
Number Street City State Zip Code

When was the debt incurred?    **Opened 2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Representing: Pitney Bowes - Business Debt.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **George Louis Schweers**

Debtor 2  **Carroll Cox Schweers**

Case number (if know)   **18-04002**

---

**4.50**

**Roper St. Francis**

Nonpriority Creditor's Name

**P.O. Box 650292**

**Dallas, TX 75265-0292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **XE2g**               **$3,664.47**

**When was the debt incurred?**   **Opened**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

**4.51**

**Ruby Schweers**

Nonpriority Creditor's Name

**317 Middle Street**

**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number               **$48,197.00**

**When was the debt incurred?**   **Opened 03/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Loan - Business Debt**

---

**4.52**

**Ruby Schweers**

Nonpriority Creditor's Name

**317 Middle Street**

**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number               **$127,561.00**

**When was the debt incurred?**   **Opened 10/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Loan - Business Debt**

---

Debtor 1   **George Louis Schweers**
Debtor 2   **Carroll Cox Schweers**

Case number (if know)   **18-04002**

---

| 4.5 3 | **Shell - Citi** | Last 4 digits of account number | **4038** | **$9,967.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**701 60th Street North**
**Sioux Falls, SD 57104**

When was the debt incurred?   **Opened 08/04**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card - Business Debt**

---

| 4.5 4 | **Superior Plus Constructions Products** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 904079**
**Charlotte, NC 28290-4079**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.5 5 | **Synchrony Bank - Care Credit** | Last 4 digits of account number | **3775** | **$1,358.00** |

Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
**P.O. Box 965061**
**Orlando, FL 32896**

When was the debt incurred?   **Opened 04/11**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **George Louis Schweers**

Debtor 2  **Carroll Cox Schweers**

Case number (*if know*)  **18-04002**

---

| 4.5 6 | **The Bank of South Carolina** | Last 4 digits of account number | **0316** | **$12,510.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 538**

**North Charleston, SC 29405**

When was the debt incurred?  **Opened  3/15/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan**

---

| 4.5 7 | **The Bank of South Carolina** | Last 4 digits of account number | **4879** | **$197,238.14** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 538**

**Charleston, SC 29402**

When was the debt incurred?  **Opened 01/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan - Business Debt**

---

| 4.5 8 | **The Bank of South Carolina** | Last 4 digits of account number | **4860** | **$159,924.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 538**

**Charleston, SC 29402**

When was the debt incurred?  **Opened 01/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan - Business Debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** |
|----------|---------------------------|
| Debtor 2 | **Carroll Cox Schweers** |

Case number (*if know*)    **18-04002**

---

**4.59**

**The Bank of South Carolina**
Nonpriority Creditor's Name
**P.O. Box 538**
**Charleston, SC 29402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **8343**    **$31,250.03**

**When was the debt incurred?**    **Opened 01/17**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Loan - Business Debt**

---

**4.60**

**Thermal Resource Sales, Inc.**
Nonpriority Creditor's Name
**P.O. Box 667**
**Kernersville, NC 27285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt - Notice Only.**

---

**4.61**

**TNB-Visa  (TV) - Target**
Nonpriority Creditor's Name
**Financial & Retail Services**
**Mailstop BV, P.O. Box  9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **2322**    **$6,200.00**

**When was the debt incurred?**    **Opened 11/06**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

---

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number (if know) | **18-04002** |

---

| 4.6 2 | **Total Traffic & Weather Network** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**62301 Collections Center Drive**
**Chicago, IL 60693-0623**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.6 3 | **Trane Comfort Solutions, Inc.** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 406469**
**Atlanta, GA 30384-6469**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Notice Only.**

---

| 4.6 4 | **TransUnion** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2 Baldwin Place**
**P.O. Box 1000**
**Chester, PA 19022-2001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For Notice**

---

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**

Case number *(if know)*    **18-04002**

| 4.6 5 | **United Refrigeration Inc.** | Last 4 digits of account number | **6318** | **$4,378.61** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Clarkson and Hale, LLC
P.O. Box 287
Columbia, SC 29202**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Goods and services - Business Debt**

| 4.6 6 | **Verizon** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 660108
Dallas, TX 75266-0108**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Notice Only.**

| 4.6 7 | **Wells Fargo Bank** | Last 4 digits of account number | **5283** | **$11,563.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Brock & Scott, PLLC
1315 Westbrook Plaza Drive
Winston Salem, NC 27103**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 06/07**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number (if know)   **18-04002**

---

| 4.6 8 | **Wells Fargo Bank** | Last 4 digits of account number | **1404** | $6,638.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**P.O. Box 6429**
**Greenville, SC 29606**

When was the debt incurred?    **Opened 03/89**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line Of Credit**

---

| 4.6 9 | **Wells Fargo Bank** | Last 4 digits of account number | **2745** | $6,331.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**P.O. Box 6429**
**Greenville, SC 29606**

When was the debt incurred?    **Opened 01/93**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line Of Credit**

---

| 4.7 0 | **Wells Fargo Bank** | Last 4 digits of account number | **0581** | $1,829.00 |

Nonpriority Creditor's Name

**P.O. Box 77053**
**Minneapolis, MN 55480-7753**

When was the debt incurred?    **Opened**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line of Credit**

---

Debtor 1 **George Louis Schweers**
Debtor 2 **Carroll Cox Schweers**

Case number *(if know)*   **18-04002**

---

| 4.7 1 | **Williams Tire** | Last 4 digits of account number | **RP01** | $711.38 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3995 Dorchester Road**
**North Charleston, SC 29405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 11/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Goods and Services - Business Debt**

---

| 4.7 2 | **Williams Tire** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3995 Dorchester Road**
**North Charleston, SC 29405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Notice Only.**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>**P.O. Box 982238**<br>**El Paso, TX 79998** | Line **4.2** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank Of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | Line **4.3** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238** | Line **4.8** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Charleston County Court of**<br>**Common Pleas** | Line **4.67** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Official Form 106 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 26 of 29

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | |
|---|---|
| Debtor 1  **George Louis Schweers** | |
| Debtor 2  **Carroll Cox Schweers** | |
| | Case number (if know)   **18-04002** |

**100 Broad Street, Suite 106**
**Charleston, SC 29401**

Last 4 digits of account number

---

Name and Address
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2758**

---

Name and Address
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Charleston County Court of Common Pleas**
**100 Broad Street, Suite 106**
**Charleston, SC 29401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Charleston County Magistrate's Court**
**995 Morrison**
**Charleston, SC 29403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**City of Chalreston - Small Claims**
**180 Lockwood Drive**
**Charleston, SC 29403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Client Services**
**3451 Harry Truman Boulevard**
**Saint Charles, MO 63301**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**D & A Services**
**1400 E. Touhy Avenue, Suite G2**
**Des Plaines, IL 60018**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**D & A Services**
**1400 E. Touhy Avenue, Suite G2**
**Des Plaines, IL 60018**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**GC Services Limited Partnership**
**P.O. Box 3855**
**Houston, TX 77253**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gregory Preston Cowan**
**1315 Westbrook Plaza Drive**
**Winston Salem, NC 27103**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.67** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **George Louis Schweers**
Debtor 2   **Carroll Cox Schweers**

Case number *(if know)*   **18-04002**

---

**Larry D. Cohen**
**P.O. Box 30547**
**Charleston, SC 29417**

Line **4.57** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Larry D. Cohen**
**P.O. Box 30547**
**Charleston, SC 29417**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**McCarthy, Burgess & Wolff**
**The MB&W Building**
**26000 Cannon Road**
**Cleveland, OH 44146**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Patenaude & Felix, APC**
**4545 Murphy Canyon Road**
**3rd Floor**
**San Diego, CA 92123**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pioneer Credit Recovery, Inc.**
**P.O. Box 500**
**Horseheads, NY 14845**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of *(Check one):*

☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sherloq Financial**
**P.O. Box 2842**
**Tampa, FL 33601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Suzanne Campbell Chisholm**
**P.O. Box 684**
**Mount Pleasant, SC 29465**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**TNB-Visa  (TV) / Target**
**P.O. Box 673**
**Minneapolis, MN 55440**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**U.S. Attorney for South Carolina**
**1441 Main Street**
**Suite 500**
**Columbia, SC 29201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of *(Check one):*

☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**United States of America**
**Office of the Attorney General**
**Tenth Street at Constitution Avenue**
**Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of *(Check one):*

☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Bank**
**P.O. Box 14517**
**Des Moines, IA 50306**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.67** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number (if know) | **18-04002** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Bank** <br> **P.O. Box 94435** <br> **Albuquerque, NM 87199** | Line **4.68** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Bank** <br> **P.O. Box 94435** <br> **Albuquerque, NM 87199** | Line **4.69** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 5,734.46 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 5,734.46 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,089,019.27 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,089,019.27 |

<table>
<tr><td colspan="4" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **18-04002** |

☐ Check if this is an amended filing

<u>Official Form 106G</u>
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Courtney Jones**<br>**2150 Eleanor Drive**<br>**North Charleston, SC 29418** | **Residential Lease.** |
| 2.2 | **David & Stacey Reid**<br>**4720 Bayfield Drive**<br>**North Charleston, SC 29418** | **Residential Lease.** |
| 2.3 | **Erica Smith**<br>**4735 Linfield Lane**<br>**North Charleston, SC 29418** | **Residential Lease.** |
| 2.4 | **Joseph Gilliard**<br>**2150 Eleanor Drive**<br>**North Charleston, SC 29418** | **Residential Lease.** |
| 2.5 | **Lexus Financial Services**<br>**Lexus Financial Services**<br>**P.O. Box 8026**<br>**Cedar Rapids, IA 52409** | **Acct# 40772KN460**<br>**Opened Opened 03/16**<br>**Agreement**<br>**2016 Lexus RX-350 24,000 miles**<br>**VIN # 2T2ZZMCAXGCO14364** |
| 2.6 | **Shalon Williams**<br>**4734 Whitfwill Blvd.**<br>**North Charleston, SC 29418** | **Residential Lease.** |
| 2.7 | **Tonvet Bryant**<br>**4730 Whitwill Blvd.**<br>**North Charleston, SC 29418** | **Residential Lease.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | | |

Case number *(if known)*    **18-04002**

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8  **Yashece Smith**<br>**4717 Linfield Lane**<br>**North Charleston, SC 29418** | **Residential Lease.** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| 3.1 **Air Plus, LLC** <br> **908 Cavalry Circle** <br> **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.24__ <br> ☐ Schedule G _____ <br> **First Citizens Bank & Trust Company** |
| 3.2 **Air Plus, LLC** <br> **908 Cavalry Circle** <br> **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.16__ <br> ☐ Schedule G _____ <br> **CRF Solutions** |
| 3.3 **Air Plus, LLC** <br> **908 Cavalry Circle** <br> **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.57__ <br> ☐ Schedule G _____ <br> **The Bank of South Carolina** |

| Debtor 1 | **George Louis Schweers** | Case number *(if known)* | **18-04002** |
| | **Carroll Cox Schweers** | | |

▮ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G ____<br>**Ralph Cox** |
| 3.5 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G ____<br>**Ralph Cox** |
| 3.6 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G ____<br>**Ruby Schweers** |
| 3.7 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G ____<br>**Ruby Schweers** |
| 3.8 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ■ Schedule D, line __2.6__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Small Business Administration** |
| 3.9 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G ____<br>**Pinnacle** |
| 3.10 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G ____<br>**The Bank of South Carolina** |
| 3.11 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G ____<br>**The Bank of South Carolina** |

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.33**
☐ Schedule G _____
**Krya Morris**

---

3.13 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.14**
☐ Schedule G _____
**Comenity Awards Business Credit**

---

3.14 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.5**
☐ Schedule G _____
**BFS Capital**

---

3.15 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

■ Schedule D, line _____ **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Carrier Enterprise, LLC**

---

3.16 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

■ Schedule D, line _____ **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ferguson Receivables, LLC**

---

3.17 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.39**
☐ Schedule G _____
**McCarthy, Burgess & Wolff**

---

3.18 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **2.1**
☐ Schedule G _____
**Internal Revenue Service**

---

3.19 **Air Plus, LLC**
**908 Cavalry Circle**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.32**
☐ Schedule G _____
**Johnstone Supply Inc.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.20 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.71__ ☐ Schedule G _____ **Williams Tire** |
| 3.21 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.48__ ☐ Schedule G _____ **Richard T. Avis Attorney and Asso, LLC** |
| 3.22 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.49__ ☐ Schedule G _____ **Richmond North** |
| 3.23 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.65__ ☐ Schedule G _____ **United Refrigeration Inc.** |
| 3.24 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.35__ ☐ Schedule G _____ **Linden Construction Company** |
| 3.25 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.6__ ☐ Schedule G _____ **Builders Mutual Insurance Company** |
| 3.26 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.62__ ☐ Schedule G _____ **Total Traffic & Weather Network** |
| 3.27 **Air Plus, LLC** **908 Cavalry Circle** **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.37__ ☐ Schedule G _____ **Lucas Auto Repair & Tire Center** |

| Debtor 1 | **George Louis Schweers**<br>**Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

---

⬛ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**Trane Comfort Solutions, Inc.** |
| 3.29 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Thermal Resource Sales, Inc.** |
| 3.30 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Cintas** |
| 3.31 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**McCall's Inc.** |
| 3.32 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Ott Distributors** |
| 3.33 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Island Publications** |
| 3.34 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Hoffman Hoffman, Inc.** |
| 3.35 **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Grainger** |

| Debtor 1 | **George Louis Schweers**<br>**Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

▮ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.36 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**Verizon** |
| 3.37 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Canon Financial Services** |
| 3.38 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Fuel Express South** |
| 3.39 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Pitney Bowes** |
| 3.40 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Lennox Industries, Inc.** |
| 3.41 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**FSI Office** |
| 3.42 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**GeoDigital Broadcasting Network, LLC** |
| 3.43 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Charleston County Treasurer** |

Debtor 1  **George Louis Schweers**
**Carroll Cox Schweers**                                    Case number *(if known)*  **18-04002**

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Delta Industrial Electric Co.** |
| 3.45  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**SC Department of Revenue** |
| 3.46  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Lowcountry Loads LLC** |
| 3.47  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Superior Plus Constructions Products** |
| 3.48  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G _____<br>**Williams Tire** |
| 3.49  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Docusystems** |
| 3.50  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**Appsprings Coffee** |
| 3.51  **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**First Citizen's Bank and Trust** |

| Debtor 1 | **George Louis Schweers**<br>**Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.52 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Comcast Spotlight** |
| 3.53 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**CC Dickson Co.** |
| 3.54 | **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**McCarthy, Burgess & Wolff** |
| 3.55 | **GLS Engineering**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Capital One** |
| 3.56 | **Jayspen Properties**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Jasmine Brown** |
| 3.57 | **Robbie Fischer**<br>**589 Flannery Place**<br>**Mount Pleasant, SC 29466** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Pinnacle** |
| 3.58 | **Ruby Schweers**<br>**317 Middle Street**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**The Bank of South Carolina** |
| 3.59 | **Ruby Schweers**<br>**317 Middle Street**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**The Bank of South Carolina** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 (Spouse, if filing) | **Carroll Cox Schweers** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **18-04002** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Sales/Engineer** | **Executive Secretary - 1099** |
| | Employer's name | **LIM-RIC Heating and Air** | **Rotary Club of Charleston** |
| | Employer's address | **942 Anchor Road**<br>**Charleston, SC 29412** | **P.O. Box 21029**<br>**Charleston, SC 29413** |
| | How long employed there? | **9 months** | **19 years** |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **6,999.98** | $ **2,489.28** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **6,999.98** | $ **2,489.28** |

Debtor 1   **George Louis Schweers**
Debtor 2   **Carroll Cox Schweers**                                    Case number (*if known*)   **18-04002**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **6,999.98** | $ **2,489.28** |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,964.78** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,964.78** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **5,035.20** | $ **2,489.28** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **1,149.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: **Rotary Club of Charleston (Breakfast Club)** | 8h.+ | $ **0.00** + | $ **1,083.33** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **1,149.00** | $ **1,083.33** |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **6,184.20** + | $ **3,572.61** = $ **9,756.81** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                       11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                12. $ **9,756.81**

                                                                                            **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **None.**

Louis Schweers, P. E. projected income and expenses

**Income:**            **$3,200**


Lab Fees:              $400

Sampling Cassettes     $35

Advertising and Promotion   $400

Automotive Expenses    $200

Bank Service Charge    $4

Computer and Internet  $100

Credit Card Processing Fee   $44

Office Equipment       $50

Repairs & Maintenance  $65

Dues & Subscriptions   $236

Equipment              $300

Service Charge         $7

Telephone Expenses     $5

Inspection Supplies    $5

Chemicals              $25

Miscellaneous          $175

**Expenses**           **$2,051**


**Adjusted Gross**     **$1,149**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| Debtor 2 (Spouse, if filing) | **Carroll Cox Schweers** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **18-04002** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **18** | ☐ No  ■ Yes |
| **Son** | **20** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No     ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,490.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 951.97 |

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number (if known) | **18-04002** |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **550.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **150.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **540.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **950.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **100.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **260.00** |
| 10. | **Personal care products and services** | 10. $ | **75.00** |
| 11. | **Medical and dental expenses** | 11. $ | **491.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **650.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **150.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **30.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **125.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **475.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: **Vehicle Tax** | 16. $ | **91.00** |
| | Specify: **Estimated Self Employment Taxes** | $ | **750.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **699.74** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: **SBA mortgage** | 17c. $ | **752.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Tax preparation** | 21. +$ | **50.00** |
| | **Miscellaneous** | +$ | **150.00** |
| | **Veterinarian cost** | +$ | **60.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **9,640.71** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **9,640.71** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **9,756.81** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **9,640.71** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **116.10** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: **Debtor 2 is currently scheduled for surgery. Estimated out-of-pocket medical expenses are to be approximately $5,800.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ George Louis Schweers** | X **/s/ Carroll Cox Schweers** |
|---|---|
| **George Louis Schweers** | **Carroll Cox Schweers** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **August 20, 2018** | Date **August 20, 2018** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name         Middle Name         Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name         Middle Name         Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

     ■ Married
     ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

     ■ No
     ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

     ■ No
     ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
     Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
     If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

     ☐ No
     ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $50,076.78 | ☐ Wages, commissions, bonuses, tips | $24,817.00 |
| | ■ Operating a business | | ■ Operating a business | |

| Debtor 1 | **George Louis Schweers** |
| Debtor 2 | **Carroll Cox Schweers** |

Case number (*if known*)   **18-04002**

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $42,050.00 | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $42,867.36 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $77,100.00 | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $28,612.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income | $17,653.07 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | Rental Income | $7,584.75 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | Rental Income | $-4,028.00 | | |

<span style="background:black;color:white">**Part 3:**</span>   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ■ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Bank of South Carolina vs. Air Plus, LLC et al**<br>**2018CP102758** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Jasmine Brown vs. Louis Schweers dba Jayspen Properties , defendant, et al**<br>**2018CV1011500973** | **Small Claims** | **Charleston County Magistrate's Court**<br>**995 Morrison**<br>**Charleston, SC 29403** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Bank of South Carolina vs. Air Plus LLC**<br>**2018LP1000578** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lowcountry Private Lending LLC vs. G. Louis Schweers**<br>**2018CP1001176** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Willam S. Hall vs. G. Louis Schweers**<br>**2018CP1001764** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wells Fargo Bank N.A. vs. G. Louis Schweers**<br>**2018CP1003614** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**

Case number *(if known)*    **18-04002**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo Bank N.A. vs. G. Louis Schweers , defendant, et al**<br>**2018CP1003705** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lowcountry Private Lending LLC vs. G. Louis Schweers**<br>**2018LP1000101** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lowcountry Private Lending LLC vs. G Louis Schweers**<br>**2018LP1000227** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **William S. Hall vs. G Louis Schweers**<br>**2018LP1000348** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wells Fargo Bank N.A. vs. G. Louis Schweers**<br>**2018LP1000766** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **William S. Hall vs. G Louis Schweers**<br>**2018CP1001764** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wells Fargo Bank N.A. vs. George L Schweers**<br>**2018CP1002707** | **Collection** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **William S. Hall vs. G Louis Schweers**<br>**2018LP1000348** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ferguson Receivables LLC assignee of , plaintiff, et al vs. Air Plus LLC , defendant, et al**<br>**2018CP1000787** | **Collection** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Carrier Enterprise LLC vs. Air Plus LLC**<br>**2018CP1002074** | **Collection** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **The Bank of South Carolina  vs. Air Plus LLC**<br>**2018CP1002758** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **George Louis Schweers**
Debtor 2   **Carroll Cox Schweers**

Case number *(if known)*   **18-04002**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Bank of South Carolina  vs. Air Plus LLC**<br>**2018LP1000578** | **Foreclosure** | **Charleston County Court of Common Pleas**<br>**100 Broad Street, Suite 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Debtor's Son**<br>**906 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | **2017 Browning A-Bolt, 270.** | **2017** | **$400.00** |
| Person's relationship to you: **son** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DeMott Law Firm, P.A.**<br>**103 Grandview Drive**<br>**Suite B**<br>**Summerville, SC 29483**<br>**russ@demottlawfirm.com**<br>**Debtor 1's mother** | **$7,500 attorney's fee plus $66 credit report and $335 filing fee.** | **August  2018** | **$7,901.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Pinnacle**<br>P.O. Box 130848<br>Carlsbad, CA 92013 | **XXXX-1860** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| **Pinnacle**<br>P.O. Box 130848<br>Carlsbad, CA 92013 | **XXXX-1673** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| **Wells Fargo**<br>3979 29th Street, S.E.<br>Grand Rapids, MI | **XXXX-0187** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 2018** | **$0.00** |
| **BNC Bank**<br>329 Folly Road<br>Charleston, SC 29412 | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2018** | **$0.00** |
| **BNC Bank**<br>329 Folly Road<br>Charleston, SC 29412 | **XXXX-** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2018** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **George Louis Schweers**

Debtor 2    **Carroll Cox Schweers**                    Case number *(if known)*    **18-04002**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**                                          Case number *(if known)*   **18-04002**

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Air Plus, LLC**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | **HVAC**<br><br>**Jarrard, Nowell & Russell, III** | EIN:    **71-0946403**<br><br>From-To    **May 2003 to November 2017** |
| **GLS Engineering**<br>**908 Cavalry Circle**<br>**Mount Pleasant, SC 29464** | **Engineering**<br><br>**Jarrard, Nowell & Russell, III** | EIN:<br><br>From-To |
| **Charleston Pest & Lawn, LLC** | **Pest control and lawn care** | EIN:    **45-5580482**<br><br>From-To    **2012 to 2014** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ George Louis Schweers**                    **/s/ Carroll Cox Schweers**
**George Louis Schweers**                        **Carroll Cox Schweers**
**Signature of Debtor 1**                        **Signature of Debtor 2**

Date    **August 20, 2018**                      Date    **August 20, 2018**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **George Louis Schweers** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Carroll Cox Schweers** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **18-04002** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **908 Cavalry Circle Mount Pleasant, SC 29464  Charleston County - 80% Business Debt** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain property and continue to make payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **908 Cavalry Circle Mount Pleasant, SC 29464  Charleston County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain property and continue to make payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Carrier Enterprise, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **George Louis Schweers**
Debtor 2  **Carroll Cox Schweers**

Case number *(if known)*  **18-04002**

| | | |
|---|---|---|
| Description of property<br>securing debt: | **All real property in Charleston County as noted on Schedule A. Business Debt.** | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** |

---

Creditor's name:  **Ferguson Receivables, LLC**

Description of property securing debt:  **All real property in Charleston County as noted on Schedule A. Business Debt.**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
■ Retain the property and [explain]:
**avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name:  **Small Business Administration**

Description of property securing debt:  **908 Cavalry Circle Mount Pleasant, SC 29464  Charleston County - Businesss Debt**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
■ Retain the property and [explain]:
**Debtor will retain property and continue to make payments**

☐ No
■ Yes

---

Creditor's name:  **The Bank of South Carolina**

Description of property securing debt:  **2001 Sea Hunt 22 Navigator with 200 HP Evinrude E-TEC motor and open trailer.  Serial # 5X5N0061H001.**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
■ Yes

---

Creditor's name:  **The Sandlapper Management Group, LLC**

Description of property securing debt:  **4717 Linfield Lane North Charleston, SC 29418 Charleston County Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4735 Linfield Lane.**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
■ Yes

---

Creditor's name:  **The Sandlapper Management Group, LLC**

Description of  **4720 Bayfield Drive North Charleston, SC 29418 Charleston County Rental Property.  In addition to the first mortgage, property is also collateral for a mortgage**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*

☐ No
■ Yes

---

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 2

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| | | | |
|---|---|---|---|
| property<br>securing debt: | **note, which includes a<br>mortgage on 4730 Whitwill<br>Blvd. and 2150 Eleanor Drive** | ☐ Retain the property and [explain]:<br>_____ | |

| Creditor's<br>name: | **The Sandlapper Management<br>Group, LLC** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br><br>■ Yes |
|---|---|---|---|
| Description of<br>property<br>securing debt: | **4730 Whitwill Blvd. North<br>Charleston, SC 29418<br>Charleston County<br>Rental Property. In addition to<br>the first mortgage, property is<br>also collateral for a mortgage<br>note, which includes a<br>mortgage on 4720 Bayfield<br>Drive and 2150 Eleanor Drive** | | |

| Creditor's<br>name: | **The Sandlapper Management<br>Group, LLC** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br><br>■ Yes |
|---|---|---|---|
| Description of<br>property<br>securing debt: | **4734 Whitwill Blvd. North<br>Charleston, SC 29418<br>Charleston County<br>Rental Property. In addition to<br>the first mortgage, property is<br>also collateral for a mortgage<br>note, which includes a<br>mortgage on 4735 Linfield Lane<br>and 4717 Linfield Lane.** | | |

| Creditor's<br>name: | **The Sandlapper Management<br>Group, LLC** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br><br>■ Yes |
|---|---|---|---|
| Description of<br>property<br>securing debt: | **4735 Linfield Lane North<br>Charleston, SC 29418<br>Charleston County<br>Rental Property. In addition to<br>the first mortgage, property is<br>also collateral for a mortgage<br>note, which includes a<br>mortgage on 4734 Whitwill<br>Blvd. and 4717 Linfield Lane.** | | |

| Creditor's<br>name: | **Wells Fargo Home Mortgage** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of | **4730 Whitwill Blvd. North<br>Charleston, SC 29418<br>Charleston County<br>Rental Property. In addition to<br>the first mortgage, property is** | | |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 3

Debtor 1    **George Louis Schweers**
Debtor 2    **Carroll Cox Schweers**                                              Case number *(if known)*    **18-04002**

| | | | |
|---|---|---|---|
| property securing debt: | **also collateral for a mortgage note, which includes a mortgage on 4720 Bayfield Drive and 2150 Eleanor Drive** | ☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **4734 Whitwill Blvd. North Charleston, SC 29418 Charleston County Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4735 Linfield Lane and 4717 Linfield Lane.** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **4717 Linfield Lane North Charleston, SC 29418 Charleston County Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4735 Linfield Lane.** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2150 Eleanor Drive North Charleston, SC 29405 Charleston County Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4720 Bayfield Drive** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br><br> ■ Yes |
| Description of | **4720 Bayfield Drive North Charleston, SC 29418 Charleston County Rental Property. In addition to the first mortgage, property is** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| property securing debt: | **also collateral for a mortgage note, which includes a mortgage on 4730 Whitwill Blvd. and 2150 Eleanor Drive** | ☐ Retain the property and [explain]: _____ | |

---

| Creditor's name: | **Wells Fargo Home Mortgage** | ■ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **4735 Linfield Lane North Charleston, SC 29418 Charleston County Rental Property. In addition to the first mortgage, property is also collateral for a mortgage note, which includes a mortgage on 4734 Whitwill Blvd. and 4717 Linfield Lane.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **William Hall** | ■ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **4730 Whitwil Blvd., 4720 Bayfield Drive, 2150 Eleanor Drive - Business Debt Rental Property** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Courtney Jones** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Residential Lease.** | |
| Lessor's name: | **David & Stacey Reid** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Residential Lease.** | |
| Lessor's name: | **Erica Smith** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Residential Lease.** | |

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 5 |

| Debtor 1 | **George Louis Schweers** | | |
|---|---|---|---|
| Debtor 2 | **Carroll Cox Schweers** | Case number *(if known)* | **18-04002** |

| Lessor's name: | **Joseph Gilliard** | ■ No |
|---|---|---|
| | | ☐ Yes |

Description of leased Property:  **Residential Lease.**

| Lessor's name: | **Shalon Williams** | ■ No |
|---|---|---|
| | | ☐ Yes |

Description of leased Property:  **Residential Lease.**

| Lessor's name: | **Tonvet Bryant** | ■ No |
|---|---|---|
| | | ☐ Yes |

Description of leased Property:  **Residential Lease.**

| Lessor's name: | **Yashece Smith** | ■ No |
|---|---|---|
| | | ☐ Yes |

Description of leased Property:  **Residential Lease.**

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ George Louis Schweers**                                    X **/s/ Carroll Cox Schweers**
 **George Louis Schweers**                                             **Carroll Cox Schweers**
 Signature of Debtor 1                                                 Signature of Debtor 2

Date    **August 20, 2018**                                    Date    **August 20, 2018**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1        **George Louis Schweers**

Debtor 2        **Carroll Cox Schweers**
(Spouse, if filing)

United States Bankruptcy Court for the:    District of South Carolina

Case number    **18-04002**
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | **Copy here ->** $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | **Copy here ->** $ _____ | $ _____ |

| | Column A | Column B |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

| Debtor 1 | **George Louis Schweers** |
|---|---|
| Debtor 2 | **Carroll Cox Schweers** |

Case number (*if known*)    **18-04002**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................... $ _____

For your spouse ..................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......... **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household. ..................    13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ George Louis Schweers** _____    X **/s/ Carroll Cox Schweers** _____

**George Louis Schweers**    **Carroll Cox Schweers**

Signature of Debtor 1    Signature of Debtor 2

Date **August 20, 2018** _____    Date **August 20, 2018** _____

MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

**Fill in this information to identify your case:**

Debtor 1    **George Louis Schweers**

Debtor 2    **Carroll Cox Schweers**
(Spouse, if filing)

United States Bankruptcy Court for the:   District of South Carolina

Case number   **18-04002**
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Go to line 3.

       ☐ Yes.    Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.    Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.    Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

   **You are an individual filing for bankruptcy,** and

   **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

   Chapter 7 - Liquidation

   Chapter 11 - Reorganization

   Chapter 12 - Voluntary repayment plan for family farmers or fishermen

   Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

   most taxes;

   most student loans;

   domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   | |
|---|---:|---|
|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |   | |
|---|---:|---|
|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re    **George Louis Schweers**
**Carroll Cox Schweers**                                               Case No.    **18-04002**

                                                    Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................. $            **7,500.00**

    Prior to the filing of this statement I have received .......................................... $            **7,500.00**

    Balance Due ................................................................ $                **0.00**

2.  $  **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **Debtor 1's mother**

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The services of Attorney included in the base fee are those normally contemplated for a Chapter 7 case,
        including: all services reasonably necessary to fully inform Client of Client's rights and responsibilities under the
        bankruptcy laws; preparation and electronic filing of petition, schedules, supplemental local forms, and mailing
        matrix; preparation for and attendance at Section 341 meeting.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representing Client in any dischargeability proceeding, including student loan discharge proceedings;
        representing Client in any contested matter of any kind, including appeals; filing any amendments to the
        Schedules, unless the amendment arises out of a mistake by Attorney; representing Client in any other matters
        not specifically designated as a base fee service in the fee agreement; filing motions under section 522(f) to
        avoid judicial liens or security interests in household goods unless contemplated prior to filing.  Additionally, the
        fee does not include attending continued 341s, which shall be billed at $500 per attendance (unless requested by
        Attorney or caused by acts or omissions of Attorney.) Pursuant to South Carolina Local Bankruptcy Rule
        9011-1(b), except for adversary proceedings and appeals, Attorney shall remain the responsible attorney of
        record for all purposes including the representation of Client at all hearings and in all  matters that arise in
        conjunction with the case regardless of Client's ability to pay for those additional matters.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

In re  **George Louis Schweers**
**Carroll Cox Schweers**
        Debtor(s)

Case No. **18-04002**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

 I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 20, 2018**
*Date*

**/s/ Russell A. DeMott**
**Russell A. DeMott**
*Signature of Attorney*
**DeMott Law Firm, P.A.**
**103 Grandview Drive**
**Suite B**
**Summerville, SC 29483**
**(843) 695-0830   Fax: (843) 408-4443**
**russ@demottlawfirm.com**
*Name of law firm*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **George Louis Schweers**
**Carroll Cox Schweers**

_____
Debtor(s)

Case No.  **18-04002**

Chapter  **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  **X**  electronic version filed via CM/ECF

Date:  **August 20, 2018**
_____

**/s/ George Louis Schweers**
**George Louis Schweers**
Signature of Debtor

Date:  **August 20, 2018**
_____

**/s/ Carroll Cox Schweers**
**Carroll Cox Schweers**
Signature of Debtor

Date:  **August 20, 2018**
_____

**/s/ Russell A. DeMott**
Signature of Attorney
**Russell A. DeMott**
**DeMott Law Firm, P.A.**
**103 Grandview Drive**
**Suite B**
**Summerville, SC 29483**
**(843) 695-0830   Fax: (843) 408-4443**
Typed/Printed Name/Address/Telephone

**DC I.D. 10020 SC**
District Court I.D. Number