**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18−04002−dd

Chapter: 7

**In re:**

George Louis Schweers
aka Louis George Schweers, aka G. Louis Schweers, aka Louie Schweers, aka George L. Schweers, dba Jayspen Properties, dba Louis Schweers, PE

Carroll Cox Schweers
aka Carroll C. Schweers, aka Carroll Schweers

**NOTICE TO FILE PROOF OF
CLAIM DUE TO RECOVERY OF ASSETS**

| **Filed By The Court** |
| --- |
| **10/12/18**
**Laura A. Austin**
**Clerk of Court**
**US Bankruptcy Court** |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

For all creditors (except a Governmental Unit):
**90 days after the *mailing* of this notice.**

For a Governmental Unit:
**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By: S Dillard, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436